CITY OF STAMFORD *v.* ELAINE KAKALETRIS ET AL.
(14015)

DUPONT, C. J., and FOTI and SPEAR, Js.

Argued May 30—decision released June 27, 1995

*Andrew P. Nemiroff,* with whom, on the brief, was *Carolyn Alexander Collins,* for the appellant (defendant Giannoula Vasilakos).

*James V. Minor,* assistant corporation counsel, with whom, on the brief, was *Stephen McLaughlin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.